

ORDERED in the Southern District of Florida on June 8, 2021.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                                               Chapter 13
                                       Case No.: 0:21-bk-14729-PDR

**PEARL ROGERS WISCHER**,

    Debtor(s).
_____/

**ORDER DENYING DEBTOR'S EXPEDITED MOTION TO**
**EXTEND THE AUTOMATIC STAY PURSUANT TO § 362 (C)(4)(B) [D.E. 11]**

**THIS MATTER** came before the Court for hearing on June 1, 2021 at 1:00 p.m., upon the Debtor's Expedited Motion to Extend the Automatic Stay Pursuant to § 362 (C)(4)(B) [D.E. 11] (the "Motion") and the Objection To Debtor's Expedited Motion To Extend The Automatic Stay filed by SN Servicing Corporation, As Servicer For U.S. Bank Trust, N.A. As Trustee of The Lodge Series III Trust (the "Objection") [D.E. 22]. The Court having reviewed the Motion and the Objection and for the reasons stated on the record, it is

**ORDERED,** as follows:

1.     The Motion is **DENIED.**

*Case No.: 0:21-bk-14729-PDR*

2.      The automatic stay, arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code, upon the filing of the instant case shall not continued and the automatic stay shall terminate on June 13, 2021, thirty (30) days from the date of filing of the instant case pursuant to 11 U.S.C Section 362(c)(3)(A).

3.      The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Melbalynn Fisher, Esq.**
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI │ BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

Melbalynn Fisher shall serve a conformed copy of this order upon all interested parties and file a Certificate of Service within three (3) days from the date of this Order.